UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 07-107 (PLF) |
| MICHAEL C. IRVING, | ) | |
| Defendant. | ) | |
| DISTRICT OF COLUMBIA | ) | |
| v. | ) | Misc. No. 07-427 (PLF) |
| MICHAEL C. IRVING, | ) | |
| Defendant. | ) | |

REFERRAL ORDER

By Orders dated October 15, 2007 and October 16, 2007, respectively, the Court permitted defendant Michael C. Irving to issue subpoenas *duces tecum* to the Metropolitan Police Department Payroll Unit and the District of Columbia Office of Pay and Retirement Services in the above criminal matter. On October 22, 2007, the District of Columbia filed a motion to quash in part or extend the time to respond to the latter subpoena *duces tecum*. See District of Columbia's Motion to Quash Subpoena *Duces Tecum*, In Part, Or, In the Alternative, to Extend the Time to Respond to Subpoena, District of Columbia v. Irving, Misc. No. 07-427 (D.D.C. Oct. 22, 2007) ("Motion to Quash").[1] Defendant Irving opposed that motion on November 13, 2007.

---

[1] Counsel for the District of Columbia in Misc. No. 07-427 orally represented to the Court that the District's Motion to Quash did not address the subpoena *duces tecum* issued to the Metropolitan Police Department because the District was unaware of that subpoena when it filed its Motion to Quash. Counsel also represented, however, that the arguments in the District's Motion to Quash apply equally to both subpoenas, as they seek the same materials.

<u>See</u> Defendant's Opposition to the District of Columbia's Motion to Quash Subpoena *Duces Tecum*, <u>District of Columbia v. Irving</u>, Misc. No. 07-427 (D.D.C. Nov. 13, 2007).

By Order dated January 16, 2008, the Court permitted defendant Irving to issue yet another subpoena *duces tecum,* this time to the District of Columbia Retirement Board. Counsel for the District of Columbia in Misc. No. 07-427 has orally represented to the Court that the District likely will oppose this subpoena *duces tecum* on grounds similar to those put forth in the District's Motion to Quash.

The Court concludes that the disputes that have arisen and may arise with respect to these subpoenas *duces tecum* would benefit from mediation by a magistrate judge. Alternatively, if the parties are unable to reach agreement on these disputes, the magistrate judge may resolve them pursuant to Local Civil Rule 72.2.

Accordingly, it is hereby

ORDERED that this action is referred to Magistrate Judge Deborah A. Robinson for mediation on an expedited basis, and, if necessary, disposition of all disputes arising out of the three subpoenas *duces tecum* issued by the defendant in the above criminal matter; it is

FURTHER ORDERED that in addition to counsel for the District of Columbia in Misc. No. 07-427 and counsel for defendant Irving in both matters, counsel for the United States government in Criminal No. 07-107, Karen Kelly and David Ben'Ary, should participate in mediation proceedings. While counsel for the District of Columbia can, of course, speak to the alleged burdensomeness of the three subpoenas *duces tecum* and perhaps other issues, Ms. Kelly's and Mr. Ben'Ary's knowledge of the underlying criminal matter will help the parties resolve any objections to defendant Irving's subpoenas *duces tecum* based on relevance; and it is

FURTHER ORDERED that the parties are instructed to work closely with each other and Magistrate Judge Robinson to resolve this matter promptly, as trial in Criminal No. 07-107 is set to begin on March 31, 2008 and relevant documents must be produced well before then.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 18, 2008