IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA : | |
| : | |
| v. : | Case No. 07-mc-427 |
| : | |
| MICHAEL C. IRVING : | Magistrate Judge Deborah A. Robinson |

**DISTRICT OF COLUMBIA'S CONSENT MOTION TO CONTINUE STATUS HEARING**

District of Columbia moves this Honorable Court, by and through undersigned counsel, to continue the Status Hearing in this matter currently scheduled for February 1, 2008 at 9:30 a.m. In support of this motion, the District refers this Court to the Memorandum of Points and Authorities, along with proposed Order which are attached hereto.

Both Mr. David Dickieson, counsel for defendant, Ms. Karen Kelly, Assistant United States Attorney and Mr. Michael Ben'Ary, Assistant United States Attorney, were contacted for their position on the motion, and all parties consented to the District's request.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Phillip A. Lattimore, III*
Phillip A. Lattimore, III [422678]
Chief, General Litigation Sec. III

/s/ *Kerslyn D. Featherstone*_____
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W., Suite 600
Washington, D.C. 20001
(202) 724-6600 (office)
(202) 727-3625 (fax)
E-Mail: Kerslyn.Featherstone@dc.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 29th day of January 2008, that a copy of the foregoing Motion to Continue, Memorandum of Supporting Points and Authorities, and proposed order were electronically served to:

David Schertler, Esq
David Dickieson, Esq.
*Counsel for Defendant*

Karen Kelly, Esq.
Michael P. Ben'Ary, Esq.
*Counsel for the United States*

  __/s/ *Kerslyn D. Featherstone*_____
Kerslyn D. Featherstone
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DISTRICT OF COLUMBIA : | |
| : | |
| v.  : | Case No. 07-mc-427 |
| : | |
| MICHAEL C. IRVING  : | Magistrate Judge Deborah A. Robinson |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA'S CONSENT MOTION TO CONTINUE STATUS HEARING**

The District of Columbia submits this memorandum of points and authorities and states the following in support of its motion:

1. A status hearing was scheduled by the Court for January 29, 2008 at 3:00 p.m.

2. On January 28, 2008, Counsel for defendant filed a partial consent motion to continue stating that he would be unavailable to attend the hearing due to trial conflicts. The District did not oppose the motion.

3. The Court granted the motion on January 29, 2008, and rescheduled the hearing for February 1, 2008 at 9:30 a.m.

4. The undersigned will be out of the office on February 1, 2008, on scheduled leave and unable to attend the hearing.

5. All parties involved were contacted to obtain their consent to the continuance of the status haring and each indicated their availability for February 5, 2008. Assistant U.S. Attorney Karen Kelly indicated that she has a conflict between 11:00 a.m. – 1:00 p.m., but would be otherwise be available on February 5, 2008.

6. Chambers was contacted prior to the filing of this motion and was told that the Court's calendar is available for February 5, 2008.

7.     No party is prejudiced by this request as all parties consent to the motion.

**WHEREFORE**, the District of Columbia moves this Honorable Court to grant the District's Motion and Continue the Status Hearing until February 5, 2008.

                              Respectfully submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              /s/ *Phillip A. Lattimore, III*_____
                              Phillip A. Lattimore, III [422678]
                              Chief, General Litigation Sec. III


                              /s/ *Kerslyn D. Featherstone*_____
                              KERSLYN D. FEATHERSTONE [478758]
                              Assistant Attorney General
                              Sixth Floor South
                              441 4th Street, N.W., Suite 600
                              Washington, D.C. 20001
                              (202) 724-6600 (office)
                              (202) 727-3625 (fax)
                              E-Mail: Kerslyn.Featherstone@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 29th day of January 2008, that a copy of the foregoing Motion to Continue, Memorandum of Supporting Points and Authorities, and proposed order were electronically served to:

David Schertler, Esq
David Dickieson, Esq.
*Counsel for Defendant*

Karen Kelly, Esq.
Michael P. Ben'Ary, Esq.
*Counsel for the United States*

                                               */s/ Kerslyn D. Featherstone*
                                               Kerslyn D. Featherstone
                                               Assistant Attorney General

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| DISTRICT OF COLUMBIA : | |
| : | |
| v. : | Case No. 07-mc-427 |
| : | |
| MICHAEL C. IRVING : | Magistrate Judge Deborah A. Robinson |

### ORDER

Upon consideration of the District of Columbia's Consent Motion to Continue Status Hearing and the entire record herein, it is hereby:

**ORDERED**: that the Motion is **GRANTED;** and it is

**FURTHER ORDERED**: that the February 1, 2008, status hearing is **VACATED**; and it is

**FURTHER ORDERED**: that the status hearing is rescheduled for February 5, 2008 at 9:30 a.m. in courtroom 47.

**SO ORDERED.**

_____
THE HON. DEBORAH A. ROBINSON
U.S. DISTRICT COURT MAGISTRATE
JUDGE

Cc:

David Schertler, Esq
David Dickieson, Esq.
*Counsel for Defendant*

Karen Kelly, Esq.
Michael P. Ben'Ary, Esq.
*Counsel for the United States*

Kerslyn D. Featherstone, Esq.
Phillip A. Lattimore, Esq,
*Counsel for District of Columbia*

6