UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | 07-mc-427 (PLF) |
| **MICHAEL IRVING,** | : | Judge Paul L. Freidman |
| | : | Mag. Judge Deborah Robinson |
| Defendant. | : | (Mediation) |
| | : | |

## AMENDED CONSENT MOTION FOR PROTECTIVE ORDER

  The District of Columbia, (the "District"), by and through undersigned counsel, Assistant Attorney General Kerslyn D. Featherstone, and pursuant to Rule 26 (c), hereby moves this Honorable Court to enter the attached protective order, which requires that any document or information released to Defendant which contains confidential personnel information, be used for the purposes of this litigation only, that all copies be returned to the District after disposition of this matter, that the Defendant and counsel be restrained from disclosing or disseminating the contents of said confidential information, and that the personal information of the non party witness be redacted from the documents. Defendant does consent to this motion. Attached is a memorandum of points and authorities in support of this motion.

  **WHEREFORE**, the District requests that this Court grant this Amended Consent Motion for a Protective Order.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

          /s/
PHILLIP A. LATTIMORE [422968]
Chief, General Litigation Section III

          /s/
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail:  kerslyn.featherstone@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | 07-mc-427 (PLF) |
| **MICHAEL IRVING,** | : | Judge Paul L. Freidman |
| | : | Mag. Judge Deborah Robinson |
| Defendant. | : | (Settlement) |
| | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S
<u>AMENDED CONSENT MOTION FOR PROTECTIVE ORDER</u>**

The Defendant is being prosecuted by the United States of America on multiple counts of federal tax violations. During the course of that proceeding, defendant filed a subpoena with the D.C. Office of Pay and Retirement Services, requesting substantial amounts of payroll and personnel information from District government employees. The District filed a Motion to Quash the Subpoena and defendant filed a response. On January 4, 2008, the Court held a status hearing to discuss the outstanding issues relating to the requested documents. The matter has now been referred to Magistrate Judge Deborah Robinson for a status hearing on February 5, 2008.

The District has recently obtained non-party witness information and document(s) that are responsive to Plaintiff's subpoena such as personnel and payroll documents. However, some of the documents contain confidential personnel and personal information, specifically social security numbers and addresses. Given the privacy considerations of the non-party witness' records, the District moves the Court for a Protective Order for these records.

**Argument**

D.C. Code § 1-631.03 (2001), provides that personnel information within the possession or custody of the District of Columbia is protected from disclosure. Thus, certain restrictions should be placed upon the use and dissemination of any information obtained herein. Therefore, the District requests that the Court issue a Protective Order which:

(1) mandates that any documents produced and/or released by the parties shall be used for this litigation only, which includes the criminal matter in 07-cr-00107;

(2) requires that the personal information of the non-party witnesses, *i.e.* social security numbers and addresses shall be redacted from the documents to be produced;

(3) requires that all copies of the documents shall be returned to counsel for the District upon the conclusion of all proceedings;

(4) precludes the parties, counsel, staff, experts, and/or agents from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone not listed above; and

(5) the protected documents may be made available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court which embody the protected documents shall be filed under seal.

**Conclusion**

For the foregoing reasons, the District respectfully requests that this Honorable Court enter the attached Protective Order.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

       /s/
PHILLIP A. LATTIMORE [422968]
Chief, General Litigation Section III

       /s/
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: kerslyn.featherstone@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | 07-mc-427 (PLF) |
| **MICHAEL IRVING,** : | **Judge Paul L. Freidman** |
| : | **Mag. Judge Deborah Robinson** |
| **Defendant.** : | **(Settlement)** |
| _____ : | |

**PROTECTIVE ORDER**

Upon review of the District of Columbia's Amended Consent Motion for Protective Order in the above-captioned action, it is this _____ day of _____, 2008,

**ORDERED** that Defendant District of Columbia's Amended Consent Motion for Protective Order shall be and the same is hereby **GRANTED**; and it is

**FURTHER ORDERED** that:

1. The contents of the protected documents and information, *i.e.* the documents that refer to the personnel and payroll records of non party witnesses, shall not be shown, disclosed, discussed, or otherwise revealed, in any way except to the parties, parties' counsel, staff, and/or experts;

2. The personal information of the non party witnesses, *i.e.* social security numbers and addresses shall be redacted from the protected documents;

3. The protected documents shall be used for this litigation only, which includes the criminal matter in 07-cr-00107 (PLF);

    4.        Any and all copies of the protected documents produced by the District shall be returned to counsel for the District upon the conclusion of all proceedings; and

    5.        The protected documents may be made available to the Court, but shall not be filed or used in a manner that compromises their confidentiality.  All papers filed or presented in Court which embody the protected documents shall be filed under seal.

_____

Honorable Paul L. Freidman
United States District Court Judge