UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DISTRICT OF COLUMBIA    )<br>                                              )<br>           v.                               )     Misc. No. 07-427 (PLF)<br>                                              )<br>MICHAEL C. IRVING,            )<br>                                              )<br>           Defendant.               )<br>                                              ) | |

### ORDER

As all of the disputes in this case have now been resolved, it is hereby

ORDERED that this case is DISMISSED; and it is

FURTHER ORDERED that this matter shall be removed from the docket of the Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: June 17, 2008          United States District Judge